IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 5:15-MJ-1271-1

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
| v. | ) | ORDER OF DISMISSAL |
|  | ) |  |
| Michael A. Duerson | ) |  |

    Michael A. Duerson appeared before the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, sitting in the court at Raleigh, North Carolina, on December 9, 2015, and entered a plea of guilty to 21 U.S.C. § 844(a). The court, with the express consent of the defendant, placed the defendant on probation for a period of 12 months pursuant to 18 U.S.C. § 3607, without entering a judgment of conviction.

    The court finds as a fact that Michael A. Duerson has complied with the terms of the probation order and no violations have occurred.

    The court, pursuant to 18 U.S.C. § 3607(a), hereby discharges the defendant from probation and dismisses those proceedings under which probation had been ordered.

    This the 8th day of December, 2016

_____
Robert T. Numbers, II
U.S. Magistrate Judge